JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISAIAH JONES, | Case No.: ED CV 20-00969-FLA-(SPx) |
|---|---|
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| HOME DEPOT U.S.A., INC., et al., | |
| Defendant. | |

In light of the Mediation Report, the Court orders the action dismissed without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within 30-days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant

1  to Fed. R. Civ. P. 41, which does not require approval of the Court.  Such stipulation
2  shall be filed within the aforementioned 30-day period, or by such later date ordered
3  by the Court pursuant to a stipulation by the parties that conforms to the requirements
4  of a showing of good cause stated above.

6  **IT IS SO ORDERED.**

8  Dated:  April 6, 2021

   _____
   FERNANDO L. AENLLE-ROCHA
   United States District Judge